**BEFORE THE
UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

In re: Fluroquinolones Products Liability Litigation          MDL No. 2642

**Amended Certificate of Service**

      I hereby certify that on June, 3rd 2015, I electronically filed the foregoing **Notice of Appearance and Corporate Disclosure Statement** with the United States Judicial Panel on Multidistrict Litigation using the CM/ECF system, which sent notification of such filing to all counsel of record, and caused to be served via mail upon the following attorneys and/or parties herein, directed to them at the address below:

Tarek Ismail
GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP
564 West Randolph, Ste. 400 · Chicago · IL · 60661
312.881.5960 (direct)
773.251.2064 (cell)
312-881-5196 (fax)
tismail@goldmanismail.com
*Attorneys for Bayer Healthcare Pharmaceuticals, Inc.,
Bayer Corporation, and McKesson Corporation*

                                /s/ John D. Winter
                                John D. Winter