# **CERTIFICATE OF SERVICE**

      I hereby certify that on June 3, 2015, I electronically filed a **Notice of Appearance** (Docket 11) and a **Corporate Disclosure Statement** (Docket 12) in MDL 2642 with the United States Judicial Panel on Multidistrict Litigation using the CM/ECF system, which sent notification of such filing to all counsel of record.

                                                          s/ Tarek Ismail
                                                          Tarek Ismail